**Opinion filed September 27, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00238-CR

_____

## TIMOTHY PATRICK LEE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 17-4721**

## MEMORANDUM OPINION

Timothy Patrick Lee has filed a pro se notice of appeal related to his motion for an appeal bond and transfer to county jail and his motion for recusal of the trial judge. We dismiss the appeal.

The clerk of this court wrote Appellant on September 12, 2018, and informed him that it did not appear that the trial court had entered a final, appealable order. We requested that Appellant respond and show grounds to continue this appeal. Appellant filed a response in which he asserts that this appeal "is taken from the denial of an appeal bond," that the trial court "is required to consider" him for bail

pending appeal,[1] and that he "should be able to address the denial in the judge's recusal" along with the appeal-bond matter.

An appellate court has jurisdiction to consider an appeal by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). An appeal from an order denying an appeal bond is generally authorized. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(g) (West 2018). However, no such order currently exists in this case. According to the district clerk, the trial court has not entered any order with respect to Appellant's motions. Appellant suggests that his motion for an appeal bond was "deemed denied by process of law." Appellant cites no authority for his suggestion, and we are unaware of any. Because the trial court has not entered an order from which Appellant may perfect an appeal, we dismiss this appeal. *See Jarvis v. State*, No. 02-15-00410-CR, 2016 WL 741972, at *1 (Tex. App.—Fort Worth Feb. 25, 2016, no pet.) (mem. op., not designated for publication) (dismissing appeal for want of jurisdiction where trial court had not entered written order regarding request for appeal bond).

This appeal is dismissed for want of jurisdiction.


PER CURIAM

September 27, 2018

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[1]We note that Appellant's appeal from his conviction in the underlying cause is currently pending in this court in Cause No. 11-18-00089-CR.

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.